IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00081-REB-MJW

DAVID WAYNE HEIDTKE,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
JERE G. SUTTON, M.D., in his Individual and Official Capacity,
K. CARPENTER, R.N., in her Individual and Official Capacity,
ANNA JOLLY, R.N., in her Individual and Official Capacity,

    Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION TO TAKE DEPOSITION OF PLAINTIFF (Docket No. 27)

---

This matter comes before the Court on the Unopposed Motion to Take Deposition of Plaintiff filed by Defendants Corrections Corporation of America, Kathryn Carpenter, and Anna Jolly. [Docket No. 27]. Having reviewed the Motion, and being fully advised in the premises, the Court hereby **GRANTS** the Motion. Defendants are permitted to take Plaintiff's deposition in this matter at the Sterling Correctional Facility. ⓔ

Dated this 7th day of MAY, 2010.

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

ⓔ The parties shall follow the Rules and Regulations of the Sterling Correctional Facility in scheduling and taking this Deposition.

MJW
5-7-10