IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00081-REB-MJW

DAVID WAYNE HEIDTKE,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA,
JERE G. SUTTON,
K. CARPENTER, and
ANNA JOLLY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Allow Plaintiff to Attend Settlement Conference by Phone, DN 44, filed with the Court on August 10, 2010, is GRANTED. The Plaintiff is permitted to attend the Settlement Conference by telephone and the Case Manager/Inmate Coordinator shall ensure that the Plaintiff is made available to assist his counsel, Cheryl Trine, telephonically in preparation of the Settlement Conference **and** during the Settlement Conference which is set on August 17, 2010, at 1:30 p.m. (Mountain Standard Time). The Case Manager/Inmate Coordinator shall contact the court by calling (303) 844-2403, on August 17, 2010, at 1:30 p.m., to connect the Plaintiff to the court's Settlement Conference.

It is FURTHER ORDERED that the Unopposed Motion to Permit Defendants Carpenter and Jolly to Appear at Settlement Conference Via Telephone, DN 46, filed with the Court on August 10, 2010, is GRANTED. Counsel for the Defendants shall ensure the availability of their clients and obtain a telephone number where they may be reached on August 17, 2010, at 1:30 p.m. (Mountain Standard Time).

Date: August 12, 2010