IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00081-REB-MJW

DAVID WAYNE HEIDTKE,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA,
JERE G. SUTTON,
K. CARPENTER, and
ANNA JOLLY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Sutton's Motion for Protective Order Pursuant to Fed. R. Civ. Pro.[sic] 26(c) (docket no. 70) is GRANTED. This court has reviewed, *in camera*, Dr. Sutton's Personnel File (docket no. 76-1) filed under seal per this court's minute order (docket no. 74). Dr. Sutton's Personnel File is bates stamped numbered Personnel-001 to Personnel-0051, inclusive. The information contained in Dr. Sutton's Personnel File is not even remotely relevant under Fed. R. Evid. 401 to any of the contested issues pending before this court. Moreover, a large portion of the information contained in Dr. Sutton's Personnel File contains highly personal and sensitive information. For these reasons, the subject motion should be denied.

It is FURTHER ORDERED that Dr. Sutton's Personnel File bates stamped Personnel-001 to Personnel-0051, inclusive, shall be SEALED and not opened except by further Order of Court.

Date: January 24, 2011